UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CHARLES NEWMAN, et al., <br> Plaintiffs, <br><br> vs. <br><br> CENTRUS ENERGY CORP., et al., <br> Defendants. | Case No. 1:15-cv-449 <br> Beckwith, J. <br> Litkovitz, M.J. <br><br><br> **ORDER** |

This matter is before the Court following a telephone status conference with the undersigned magistrate judge on February 11, 2016, regarding a limited stay of this matter to permit the parties to engage in settlement negotiations.

At the request of the parties and with the consent of the Court, the deadlines set forth in the Calendar Order are hereby **STAYED for 90 days**. This matter is set for a status conference on **May 16, 2016 at 3:00 p.m.**, at which time the deadlines in this case will be reset if a settlement has not been reached.

**IT IS SO ORDERED**.

_2/11/16_
Date

Karen L. Litkovitz
United States Magistrate Judge