UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHARLES NEWMAN, et al.,
    Plaintiffs,

vs.

CENTRUS ENERGY CORP., et al.,
    Defendants.

Case No. 1:15-cv-449
Beckwith, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court following a telephone status conference with the undersigned magistrate judge on May 16, 2016, regarding a limited stay of this matter to permit the parties to continue settlement negotiations.

At the request of the parties and with the consent of the Court, the deadlines set forth in the Calendar Order are hereby **STAYED** for **60 days**. This matter is set for a status conference on **July 22, 2016** at **2:00 p.m.**, at which time the deadlines in this case will be reset if a settlement has not been reached.

**IT IS SO ORDERED**.

Date: 5/16/16

Karen L. Litkovitz
United States Magistrate Judge