UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHARLES NEWMAN, et al.,
    Plaintiffs,

vs.

CENTRUS ENERGY CORP., et al.,
    Defendants.

Case No. 1:15-cv-449
Beckwith, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court following a telephone status conference with the undersigned magistrate judge on July 22, 2016, regarding a limited stay of this matter to permit the parties to continue settlement negotiations.

At the request of the parties and with the consent of the Court, the deadlines set forth in the Calendar Order are hereby **STAYED** for an additional **60 days**. This matter is set for a status conference on **Monday, September 26, 2016 at 3:00 p.m.**, at which time the deadlines in this case will be reset if a settlement has not been reached.

**IT IS SO ORDERED**.

Date: 7/22/16

Karen L. Litkovitz
United States Magistrate Judge