UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHARLES NEWMAN, et al.,
    Plaintiffs,

vs.

CENTRUS ENERGY CORP., et al.,
    Defendants.

Case No. 1:15-cv-449
Beckwith, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court following a telephone status conference with the undersigned magistrate judge on October 24, 2016, regarding the parties' ongoing settlement negotiations. By separate Order, this matter has been referred to Magistrate Judge Stephanie Bowman for a settlement conference.

At the request of the parties and with the consent of the Court, the deadlines set forth in the Calendar Order are hereby **STAYED for an additional 70 days**. This matter is set for a status conference on **January 4, 2017 at 3:30 p.m.**, at which time the deadlines in this case will be reset if a settlement has not been reached.

**IT IS SO ORDERED**.

10/25/16
Date

Karen L. Litkovitz
United States Magistrate Judge