# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

CHARLES NEWMAN, et al.,
    Plaintiffs,

    vs.

CENTRUS ENERGY CORP., et al.,
    Defendants.

Case No. 1:15-cv-449
Barrett, J.
Litkovitz, M.J.

This matter is before the Court following a telephone status conference with the undersigned magistrate judge on January 4, 2017, regarding the parties' ongoing settlement negotiations.

At the request of the parties and with the consent of the Court, the deadlines set forth in the Calendar Order are hereby **STAYED for an additional 30 days**.  This matter is set for a status conference on **February 6, 2017 at 3:00 p.m.,** at which time the deadlines in this case will be reset if a settlement has not been reached.

**IT IS SO ORDERED.**

Date: 1/4/2017

Karen L. Litkovitz
United States Magistrate Judge